**UNITED STATES of America, Plaintiff-Appellee**

v.

**Monthgomery Salvador MAYORGA-CASTILLO, also known as Salvador Lubian Castillo-Garcia, Defendant-Appellant**

**No. 17-40029**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed October 2, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Monthgomery Salvador Mayorga-Castillo, Pro Se

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Monthgomery Salvador Mayorga-Castillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mayorga-Castillo has been informed of the motion and has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected therein, and determine that "counsel has diligently investigated the possible grounds for appeal." *Anders*, 386 U.S. at 742, 87 S.Ct. 1396. We agree with counsel's assessment that Mayorga-Castillo can raise no nonfrivolous issue on appeal challenging either his guilty plea or his sentence. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.